

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

Date: March 18, 2008

Reply to: JUDGE RICHARD T. HAIK

Subject: <u>Richard v. Monceaux</u>  05-2190

To: Clerk of Court

### MINUTE ENTRY

The Motion in Limine to Exclude Liability Expert Testimony (Doc. #51), the Motion in Limine to Exclude Expert Testimony (Doc. #52), and the Motion to Exclude Testimony of Defendants' Liability Expert (Doc. #64) are **MOOT** as this case has been settled in its entirety. The Clerk of Court should terminate the Motions in the Court's record.

RTH/mpg